M.D. Appeal Dkt.
80 MAP 2019

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 379 MAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| ANN MARIE BALLENTINE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, rephrased for clarity, is as follows;

Whether, in light of *Commonwealth v. Veon*, 150 A.2d 435 (Pa. 2016), a sentence to pay restitution to a nonprofit corporation may be ordered when the underlying offense occurred prior to October 24, 2018, the effective date of the amendment to 18 Pa.C.S. § 1106.